# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FARMERS INSURANCE COMPANY, INC.**
**as subrogee of MONTY AND CAMERON CLARK**                                    **PLAINTIFF**

**v.**                                    **4:11CV00798-BRW**

**OMEGA FLEX, INC., a Pennsylvania Corporation**                              **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Pro Hac Vice (Doc. No. 4).  Plaintiff's Motion is GRANTED.  Accordingly James J. Boteler is directed to register for CM-ECF in the Eastern District of Arkansas by 5:00 p.m., Friday, December 2, 2011.  Failure to register may result in removal from the case.

IT IS SO ORDERED this 23rd day of November, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE