IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FARMERS INSURANCE
COMPANY, INC. as subrogee of
MONTY AND CAMERON CLARK                                        PLAINTIFF

v.                          No. 4:11-cv-0798-KGB

OMEGA FLEX, INC.,
a Pennsylvania Corporation                                     DEFENDANT

## ORDER

The parties have informed the Court that this matter has been settled. Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 30 day of October, 2012.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

1